DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MANUEL CASTRO-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MANUEL CASTRO-MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:06-cr-00124 OWW <br><br> STIPULATION CONTINUING STATUS CONFERENCE HEARING; ORDER THEREON <br><br> Date: August 8, 2006 <br> Time: 9:00 A.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing in the above-referenced matter now set for July 18, 2006, may be continued to August 8, 2006, at 9:00 A.M.**

This continuance is requested by counsel for defendant to allow the defendant more time to consider the government's plea offer.

///

///

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: July 13, 2006               By  /s/  Steven M. Crass
                                        STEVEN M. CRASS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED: June 13, 2006              By  /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MANUEL CASTRO-MARTINEZ


## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:   July 15, 2006**                   **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE